## 35315. MICKLE et al. v. CROSS COUNTRY CORPORATION.

Judgment affirmed without opinion pursuant to Rule 59.

*All the Justices concur.*

ARGUED SEPTEMBER 18, 1979 — DECIDED
JANUARY 8, 1980 — REHEARING DENIED
JANUARY 23, 1980.

*Lennie F. Davis, E. H. Polleys, Jr.,* for appellants.
*Powell, Goldstein, Frazer & Murphy, Frank Love, Jr., Martin, Kilpatrick & Davidson, Paul Kilpatrick, Jr.,* for appellee.